UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Disabled Patriots of America, Inc., et al.,

    Plaintiffs,

Case No. 08-14555

Honorable Nancy G. Edmunds

v.

Greenstone Enterprises, LLC.,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS [6]**

This matter has come before the Court on Plaintiffs' motion to dismiss. Being fully advised in the premises and having reviewed the pleadings, the Court hereby GRANTS Plaintiffs' motion and the case is hereby DISMISSED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: April 21, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2009, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager